UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| JEFFREY JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:12-cv-2502 |
| | ) |
| WINDHAM PROFESSIONALS, INC. | ) |
| | ) |
| Defendant, | ) |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JEFFREY JOHNSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 11th day of September, 2012.

/s/ Alex Simanovsky
Alex Simanovsky, Esq.
Attorney for Plaintiff
[Admitted to the Western District of TN Bar]
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (678) 781-1012
Fax: (770) 414-9891