UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| JEFFREY JOHNSON | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:12-cv-2502 |
| WINDHAM PROFESSIONALS, INC. | ) ) ) |
| Defendant, | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, the Plaintiff, JEFFREY JOHNSON, by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, WINDHAM PROFESSIONALS, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 19th day of October, 2012.

/s/ Alex Simanovsky
Alex Simanovsky, Esq.
Attorney for Plaintiff
[Admitted to the Western District of TN Bar]
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (678) 781-1012
Fax: (770) 414-9891