# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:12-cv-02502-JTF-dkv |
| ) | |
| WYNDHAM PROFESSIONALS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to the consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal filed on October 19, 2012, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

**APPROVED:**

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

October 25, 2012                                            /s/Thomas M. Gould
Date                                                                 Clerk of Court

                                                                          /s/ Erica M. Evans
                                                                          (By)  Deputy Clerk